11-59009

Cat08,Termed

# U.S. District Court
# Northern District of Ohio (Asbestos) (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:96-cv-10301-JGC

Murphy v. A-C Product Liability Trust, et al
Assigned to: Hon. James G. Carr
Demand: $0
Cause: 46:688 Jones Act

Date Filed: 01/30/1996
Date Terminated: 07/08/1996
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Thomas P. Murphy**  represented by **Leonard C. Jaques**
Jaques Admiralty Law Firm
1570 Penobscot Bldg.
Detroit, MI 48226
313-961-1080
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A-C Product Liability Trust**  represented by **William A. Viscomi**
Gallagher, Sharp, Fulton & Norman
1501 Euclid Avenue
7th Floor
Cleveland, OH 44115
216-522-1072
*ATTORNEY TO BE NOTICED*

**Defendant**

**A. P. Green Industries, Inc.**

**Defendant**

**ACMC f/k/a National Gypsum Company**

**Defendant**

**ACandS, INC.**  represented by **Mary Ellen Fairfield**
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
614-464-6335
*ATTORNEY TO BE NOTICED*

**Defendant**
Acorn Iron & Supply Co.

**Defendant**
American Export Lines Inc.                 represented by **Richard C. Binzley**
                                                          Thompson Hine
                                                          3900 Key Tower
                                                          127 Public Square
                                                          Cleveland, OH 44114-1216
                                                          216-566-5500
                                                          Fax: 566-5800
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**
Anchor Packing Co.

**Defendant**
Argo International Corporation             represented by **Maria A. Kortan**
                                                          Weston, Hurd, Fallon, Paisley & Howley
                                                          2500 Terminal Tower
                                                          50 Public square
                                                          Cleveland, OH 44113-2241
                                                          216-241-6602
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**
Armstrong World Industries, Inc.

**Defendant**
Auburn Mfg. Co.                            represented by **Edward J. Cass**
                                                          Gallagher, Sharp, Fulton & Norman
                                                          1501 Euclid Avenue
                                                          6th Floor
                                                          Cleveland, OH 44115
                                                          216-522-1063
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**
Aurora Pump Division of General            represented by **Ernest W. Auciello, Jr.**
Signal Corp.                                              Gallagher, Sharp, Fulton & Norman
                                                          1501 Euclid Avenue
                                                          7th Floor
                                                          Cleveland, OH 44115
                                                          (216) 522-1015
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**
Bethlehem Steel Corp.                      represented by **Jill G. Okun**

        Squire, Sanders & Dempsey
        4900 Society Center
        127 Public Square
        Cleveland, OH 44114-1304
        216-479-8665
        *ATTORNEY TO BE NOTICED*

**Defendant**
**Black & Decker Corporation, The**

represented by **Barron LeGrant Stroud , Jr.**
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202-1487
410-385-3575
*ATTORNEY TO BE NOTICED*

**Defendant**
**Boyd Co., A.B.**

represented by **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Bryan Steam Corp.**

represented by **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**CertainTeed Corporation**

**Defendant**
**Champion International Corporation**

represented by **Samuel R. Martillotta**
Mansour, Gavin, Gerlack & Manos
55 Public Square
Suite 2150
Cleveland, OH 44113
216-523-1500
*ATTORNEY TO BE NOTICED*

**Defendant**
**Chesterton Co., A. W.**

represented by **Thomas Paul Erven**
Young & Alexander Co. L.P.A.
Suite 350
110 Boggs Lane
Cincinnati, OH 45246
513-326-5555
*ATTORNEY TO BE NOTICED*

**Defendant**
**Coffin Pump, Inc.**

represented by **Kevin O. Kadlec**
Jacobson, Maynard, Tuschman & Kalur

                                                1001 Lakeside Avenue
16th Floor
Cleveland, OH 44114
216-736-8600
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coltec Industries, Inc.**

**Defendant**

**Combustion Engineering, Inc.**

**Defendant**

**Conhagen, Inc., Alfred**          represented by  **Kevin O. Kadlec**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Company**

**Defendant**

**Crosby Steam and Valve Co.**     represented by  **David L. Gray**
Bunda, Stutz & Dewitt
One Sea Gate
Toledo, OH 43604
(419) 247-1723
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crown, Cork & Seal Co., Inc.**    represented by  **Robert G. Quandt**
Quandt, Giffels, Buck & Rodgers
800 Leader Bldg.
526 Superior Avenue
Cleveland, OH 44114
216-241-2025
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dana Corp.**

**Defendant**

**Dover Resources, Inc.**

**Defendant**

**Durabla Manufacturing Co.**      represented by  **Bruce P. Mandel**
Ulmer & Berne
900 Bond Court Bldg.
1300 East Ninth Street

Cleveland, OH 44114
216-621-8400
*ATTORNEY TO BE NOTICED*

**Defendant**
**Durametallic Corporation**

represented by **Kevin O. Kadlec**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**EG&G Sealol, Inc.**

represented by **Kevin O. Kadlec**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Edison Steamship Company**

**Defendant**
**Ellicott Machine Corp.**

**Defendant**
**Elliott Turbomachinery Co., Inc.**

represented by **Kevin O. Kadlec**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ernst Gage Co.**

represented by **Frederick P. Vergon , Jr.**
Cronquist, Smith, Marshall & Weaver
1965 East Sixth Street
Cleveland, OH 44114
216-781-4994
*ATTORNEY TO BE NOTICED*

**Defendant**
**Everlasting Valve Co.**

represented by **Samuel R. Martillotta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Excelsior, Inc.**

represented by **Kevin O. Kadlec**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**FKI Industries, Inc.**

**Defendant**
**Federal-Mogul Corporation**

represented by **Edward J. Cass**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Fel-Pro Incorporated**                 represented by  **John C. Cubar**
                                                        McNeal, Schick, Archibald & Biro
                                                        Suite 700, Skylight Office Tower
                                                        1660 West Second Street
                                                        Cleveland, OH 44113
                                                        216-621-9870
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Felt Products Incorporated**           represented by  **John C. Cubar**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Flexitallic, Inc.**

**Defendant**

**Flintkote Co.**

**Defendant**

**Foster Wheeler Company**               represented by  **Keith A. Throckmorton**
                                                        Evanchan & Palmisano
                                                        1225 West Market Street
                                                        Akron, OH 44313
                                                        216-869-9977
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**GAF Corporation**

**Defendant**

**Garlock, Inc.**

**Defendant**

**Gatke Corporation**                    represented by  **Edward J. Cass**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**General Cable Company**                represented by  **David A. Damico ,**
                                                        Burns, White & Hickton
                                                        120 Fifth Avenue
                                                        Pittsburgh, PA 15222
                                                        412-394-2500
                                                        *ATTORNEY TO BE NOTICED*

thern District of Ohio (Asbestos)

**Defendant**
**General Electric Company**

represented by **Reginald S. Kramer**
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309-1500
216-258-6540
*ATTORNEY TO BE NOTICED*

**Defendant**
**General Refractories**

represented by **Charles R. Janes**
Law Office of Charles R. Janes
155 East Broad Street
16th Floor
Columbus, OH 43215-3617
614-621-4430
*ATTORNEY TO BE NOTICED*

**Defendant**
**Goodall Rubber Co.**

represented by **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Goodrich, B.F.**

represented by **Richard D. Schuster**
Vorys, Sater, Seymour & Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
614-464-5475
*ATTORNEY TO BE NOTICED*

**Defendant**
**Goodyear Tire & Rubber Co.**

represented by **Mary Ellen Fairfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Goulds Pumps, Inc.**

**Defendant**
**Greene Tweed & Co.**

**Defendant**
**Gulf Engineering Company, Inc.**

**Defendant**
**Hajoca Corp.**

represented by **Edward J. Cass**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**
**Harbison-Walker Refractories Group**     represented by **Mary Ellen Fairfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Home Rubber Company, The**

**Defendant**
**IMO Industries, Inc.**

**Defendant**
**Indian Head Industries, Inc.**

**Defendant**
**Ingersoll-Dresser Pump**     represented by **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ingersoll-Rand Corporation**     represented by **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**James Walker Mfg. Co.**     represented by **Bruce P. Mandel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Janos Industrial Insulation Corp.**     represented by **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**John Crane Inc.**     represented by **Mark S. Hura**
Law Offices Of Mark S. Hura
Genisis Office Building
6000 Lombardo Center
Suite 520
Seven Hills, OH 44131-2579
(216) 520-1770
*ATTORNEY TO BE NOTICED*

**Defendant**
**Keasbey, Robert A. Company**     represented by **Bruce P. Mandel**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Keystone Shipping Company**  represented by  **Richard C. Binzley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**La Favorite Industries, Inc.**

**Defendant**

**Lunkenheimer Co., The**

**Defendant**

**Melrath Gasket, Inc.**  represented by  **William A. Viscomi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mortell Company**

**Defendant**

**National Bulk Carriers Inc.**  represented by  **Richard C. Binzley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Noland Company**  represented by  **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**North American Refractories Co.**  represented by  **Eric H. Mann**
Benos, Cummings, Manos & Valenti
Bulkley Bldg.
1501 Euclid Avenue
8th Floor
Cleveland, OH 44115
216-575-1777
*ATTORNEY TO BE NOTICED*

**Defendant**

**Norton Co.**

**Defendant**

**Okonite Co., The**  represented by  **William A. Viscomi**
(See above for address)
*ATTORNEY TO BE NOTICED*

Northern District of Ohio (Asbestos)

**Defendant**
Owens-Corning Fiberglas Corp.

represented by **James Arthur Gibb**
Owens Corning
2790 Columbus Road, Route 16
Granville, OH 43023
614-321-6058
*ATTORNEY TO BE NOTICED*

**Defendant**
Owens-Illinois, Inc.

represented by **David L. Gray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
PPG Industries, Inc.

represented by **Donald A. Powell**
Buckingham, Doolittle & Burroughs
50 South Main Street
P.O. Box 1500
Akron, OH 44309-1500
216-258-6527
*ATTORNEY TO BE NOTICED*

**Defendant**
Pecora Corp.

represented by **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
Phoenix Specialty Manufacturing Co., Inc.

represented by **Edward J. Cass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
Pilot Packing Co., Inc.

**Defendant**
Pittsburgh Corning Corporation

represented by **Forrest A. Norman , III**
Hermann, Cahn & Schneider
1301 East 9th St.
Suite 500
Cleveland, OH 44114
216-781-5515
*ATTORNEY TO BE NOTICED*

**Defendant**
Plibrico Company

**Defendant**
Preferred Utilities Mfg. Corp.

represented by **Edward J. Cass**

rthern District of Ohio (Asbestos)

                          (See above for address)
                          *ATTORNEY TO BE NOTICED*

**Defendant**
**Quaker Rubber Company**

**Defendant**
**Quigley Co., Inc.**

**Defendant**
**Rhopac Inc.**      represented by   **Ernest W. Auciello , Jr.**
                          (See above for address)
                          *ATTORNEY TO BE NOTICED*

**Defendant**
**Rockbestos Company**

**Defendant**
**Sea-Ro Packing Co., Inc.**

**Defendant**
**Selby Battersby and Co.**      represented by   **Michael Joesph Sullivan**
                          Clark, Klein & Beaumont, P.L.C.
                          1600 First Federa; Building
                          1001 Woodward Avenue
                          Detroit, MI 48226-1962
                          313-965-8387
                          *ATTORNEY TO BE NOTICED*

**Defendant**
**Sherwin-Williams Co.**      represented by   **Michael D. Eagen**
                          Dinsmore & Shohl
                          255 East Fifth Street
                          Cincinnati, OH 45202
                          513-977-8200
                          *ATTORNEY TO BE NOTICED*

**Defendant**
**Shook & Fletcher Insulation Co.**

**Defendant**
**Sika Corporation**      represented by   **William A. Viscomi**
                          (See above for address)
                          *ATTORNEY TO BE NOTICED*

**Defendant**
**Skinner Engine Company, Inc.**      represented by   **Edward J. Cass**
                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**
T & N Industries, Inc.

**Defendant**
USX Corporation

**Defendant**
Union Carbide Corp.

**Defendant**
Uniroyal Chemical Co.                      represented by   **Eric Larson Zalud**
                                                            Benesch, Friedlander, Coplan & Aronoff
                                                            2300 BP America Bldg.
                                                            200 Public Square
                                                            Cleveland, OH 44114
                                                            216-363-4178
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
United Fruit Company                       represented by   **Richard C. Binzley**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
United States Gypsum Company

**Defendant**
Vellumoid, Inc.

**Defendant**
Viking Pump, Inc.

**Defendant**
Vogt Machine Co., Henry

**Defendant**
Walworth Co.                               represented by   **Bruce P. Mandel**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
Warren Pumps, Inc.                         represented by   **James T. Millican, II**
                                                            Bertsch, Millican & Winslow
                                                            1280 West Third Street
                                                            2nd Floor
                                                            Cleveland, OH 44113

                                          216-696-1433
*ATTORNEY TO BE NOTICED*

**Defendant**

**Westinghouse Electric Corp.**      represented by  **Percy Squire**
                                                                Bricker & Eckler
                                                                 600 Superior Avenue, East
                                                                 Suite 800
                                                                 Cleveland, OH 44114
                                                                 216-771-0735
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Worthington Pump, Inc.**             represented by  **Mary Ellen Fairfield**
                                                                (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Zimmerman Packing & Mfg., Inc.**    represented by  **Edward J. Cass**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/1996 | 1 | Complaint filed; master summons authorized [Jaques, Leonard] (Entered: 01/30/1996) |
| 03/21/1996 | 2 | Answer by defendant Selby Battersby and Co. to complaint by Murphy [Sullivan, Michael] (Entered: 03/21/1996) |
| 03/25/1996 | 3 | Answer by defendant Crown, Cork & Seal Co., Inc. to complaint by Murphy [Quandt, Robert] (Entered: 03/25/1996) |
| 03/25/1996 | 4 | Answer by defendant John Crane Inc. to complaint by Murphy [Hura, Mark] (Entered: 03/25/1996) |
| 03/26/1996 | 5 | Answer by defendant Auburn Mfg. Co., Boyd Co., A.B., Bryan Steam Corp., Federal-Mogul Corporation, Gatke Corporation, Goodall Rubber Co., Hajoca Corp., Ingersoll-Dresser Pump, Ingersoll-Rand Corporation, Janos Industrial Insulation Corp., Noland Company, Pecora Corp., Phoenix Specialty Manufacturing Co., Inc., Preferred Utilities Mfg. Corp., Skinner Engine Company, Inc., Zimmerman Packing & Mfg., Inc. to complaint by Murphy [Cass, Edward] (Entered: 03/26/1996) |
| 03/27/1996 | 6 | Answer by defendant Keasbey, Robert A. Company to complaint by Murphy [Mandel, Bruce] (Entered: 03/27/1996) |
| 03/28/1996 | 7 | Answer by defendant Champion International Corporation to complaint by Murphy [Martillotta, Samuel] (Entered: 03/28/1996) |
| 03/28/1996 | 8 | Answer by defendant James Walker Mfg. Co. to complaint by Murphy |

| | | |
|---|---|---|
| | | [Mandel, Bruce] (Entered: 03/28/1996) |
| 03/29/1996 | 9 | Answer by Black & Decker Corporation, The to complaint, with crossclaim against all defendants except Black & Decker Corporation, The, James Walker Mfg. Co., North American Refractories Co., Owens-Corning Fiberglas Corp., Westinghouse Electric Corp., [Stroud, Barron] (Entered: 03/29/1996) |
| 04/01/1996 | 10 | Answer by defendant Westinghouse Electric Corp. to complaint by Murphy [Squire, Percy] (Entered: 04/01/1996) |
| 04/01/1996 | 11 | Answer by Foster Wheeler Company to complaint, with crossclaim against all defendants except Foster Wheeler Company, [Throckmorton, Keith] (Entered: 04/01/1996) |
| 04/01/1996 | 12 | Answer by defendant Durabla Manufacturing Co. to complaint by Murphy [Mandel, Bruce] (Entered: 04/01/1996) |
| 04/01/1996 | 13 | Answer by defendant Walworth Co. to complaint by Murphy [Mandel, Bruce] (Entered: 04/01/1996) |
| 04/01/1996 | 14 | Answer by defendant Pittsburgh Corning Corporation to complaint by Murphy [Norman, Forrest] (Entered: 04/01/1996) |
| 04/02/1996 | 15 | Answer by defendant Goodrich, B.F. to complaint by Murphy [Schuster, Richard] (Entered: 04/02/1996) |
| 04/02/1996 | 16 | Answer by defendant ACandS, INC. to complaint by Murphy [Fairfield, Mary Ellen] (Entered: 04/02/1996) |
| 04/02/1996 | 17 | Answer by defendant Goodyear Tire & Rubber Co. to complaint by Murphy [Fairfield, Mary Ellen] (Entered: 04/02/1996) |
| 04/02/1996 | 18 | Answer by defendant Harbison-Walker Refractories Group to complaint by Murphy [Fairfield, Mary Ellen] (Entered: 04/02/1996) |
| 04/02/1996 | 19 | Answer by defendant Worthington Pump, Inc. to complaint by Murphy [Fairfield, Mary Ellen] (Entered: 04/02/1996) |
| 04/02/1996 | 20 | Answer by defendant Coffin Pump, Inc. to complaint by Murphy [Kadlec, Kevin] (Entered: 04/02/1996) |
| 04/02/1996 | 21 | Answer by defendant Excelsior, Inc. to complaint by Murphy [Kadlec, Kevin] (Entered: 04/02/1996) |
| 04/02/1996 | 22 | Answer by defendant Crosby Steam and Valve Co., Owens-Illinois, Inc. to complaint by Murphy [Gray, David] (Entered: 04/02/1996) |
| 04/03/1996 | 23 | Answer by defendant Fel-Pro Incorporated, Felt Products Incorporated to complaint by Murphy [Cubar, John] (Entered: 04/03/1996) |
| 04/03/1996 | 24 | Answer by General Refractories to complaint with crossclaim against all other, non-bankrupt, defendants, [Janes, Charles] (Entered: 04/03/1996) |
| 04/04/1996 | 25 | Answer by defendant Warren Pumps, Inc. to complaint by Murphy [Millican, James] (Entered: 04/04/1996) |

| 04/04/1996 | 26 | Answer by defendant General Cable Company to complaint by Murphy [Damico, David] (Entered: 04/04/1996) |
|---|---|---|
| 04/05/1996 | 27 | Answer by National Bulk Carriers Inc. to complaint with crossclaim against all other, non-shipowner, defendants, [Binzley, Richard] (Entered: 04/05/1996) |
| 04/05/1996 | 28 | Answer by defendant Sika Corporation to complaint by Murphy [Viscomi, William] (Entered: 04/05/1996) |
| 04/05/1996 | 29 | Answer by defendant A-C Product Liability Trust to complaint by Murphy [Viscomi, William] (Entered: 04/05/1996) |
| 04/05/1996 | 30 | Answer by defendant Okonite Co., The to complaint by Murphy [Viscomi, William] (Entered: 04/05/1996) |
| 04/05/1996 | 31 | Answer by defendant Melrath Gasket, Inc. to complaint by Murphy [Viscomi, William] (Entered: 04/05/1996) |
| 04/05/1996 | 32 | Answer by defendant Rhopac Inc. to complaint by Murphy [Auciello, Ernest] (Entered: 04/05/1996) |
| 04/05/1996 | 33 | Answer by defendant Aurora Pump Division of General Signal Corp. to complaint by Murphy [Auciello, Ernest] (Entered: 04/05/1996) |
| 04/09/1996 | 34 | Answer by defendant Owens-Corning Fiberglas Corp. to complaint by Murphy [Gibb, James] (Entered: 04/09/1996) |
| 04/11/1996 | 35 | Answer by defendant Durametallic Corporation to complaint by Murphy [Kadlec, Kevin] (Entered: 04/11/1996) |
| 04/11/1996 | 36 | Answer by defendant EG&G Sealol, Inc. to complaint by Murphy [Kadlec, Kevin] (Entered: 04/11/1996) |
| 04/11/1996 | 37 | Answer by defendant Elliott Turbomachinery Co., Inc. to complaint by Murphy [Kadlec, Kevin] (Entered: 04/11/1996) |
| 04/11/1996 | 38 | Answer by United Fruit Company to complaint with crossclaim against all other, non-shipowner, defendants, [Binzley, Richard] (Entered: 04/11/1996) |
| 04/11/1996 | 39 | Answer by American Export Lines Inc. to complaint with crossclaim against all other, non-shipowner, defendants, [Binzley, Richard] (Entered: 04/11/1996) |
| 04/11/1996 | 40 | Answer by Keystone Shipping Company to complaint with crossclaim against all other, non-shipowner, defendants, [Binzley, Richard] (Entered: 04/11/1996) |
| 04/15/1996 | 41 | Answer by defendant Everlasting Valve Co. to complaint by Murphy [Martillotta, Samuel] (Entered: 04/15/1996) |
| 04/18/1996 | 42 | Answer by defendant North American Refractories Co. to complaint by Murphy [Mann, Eric] (Entered: 04/18/1996) |
| 04/18/1996 | 43 | Answer by defendant Ernst Gage Co. to complaint by Murphy [Vergon, Frederick] (Entered: 04/18/1996) |
| 04/18/1996 | 44 | Answer by defendant PPG Industries, Inc. to complaint by Murphy [Powell, Donald] (Entered: 04/18/1996) |

| | | |
|---|---|---|
| 04/19/1996 | 45 | Answer by defendant Conhagen, Inc., Alfred to complaint by Murphy [Kadlec, Kevin] (Entered: 04/19/1996) |
| 04/24/1996 | 46 | Answer by defendant General Electric Company to complaint by Murphy [Kramer, Reginald] (Entered: 04/24/1996) |
| 04/30/1996 | 47 | Answer by defendant Uniroyal Chemical Co. to complaint by Murphy [Zalud, Eric] (Entered: 04/30/1996) |
| 04/30/1996 | 48 | Answer by defendant Bethlehem Steel Corp. to complaint by Murphy [Okun, Jill] (Entered: 04/30/1996) |
| 05/07/1996 | 49 | Answer by defendant Argo International Corporation to complaint by Murphy [Kortan, Maria] (Entered: 05/07/1996) |
| 05/14/1996 | 50 | Answer by defendant Sherwin-Williams Co. to complaint by Murphy [Eagen, Michael] (Entered: 05/14/1996) |
| 06/23/1996 | 51 | Answer by defendant Chesterton Co., A. W. to complaint by Murphy [Erven, Thomas] (Entered: 06/23/1996) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/10/2011 14:39:06 | | | |
| PACER Login: | us4447 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:96-cv-10301-JGC |
| Billable Pages: | 12 | Cost: | 0.96 |